AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 09 2007

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

GREGORY W. BYRD, JR.
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 5:01CR50028-01

USM Number: 10879-035

Gordon Blackman
Defendant's Attorney

COPY SENT
DATE 7/9/07
BY ___
TO 3cat/USM
    3cat/USPO

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition of the term of supervision. The court finds that in accordance with the U. S. Sentencing Commission Guidelines, the offender has committed (5) five Grade C violations of his supervised release and having a Criminal History of V.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

July 9, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

7/9/07
Date

Judgment - Page 2 of 2

DEFENDANT: GREGORY W. BYRD, JR.
CASE NUMBER: 5:01CR50028-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>1 year and 1 day</u>.

[✓] The court makes the following recommendations to the Bureau of Prisons:

that the defendant be enrolled in a substance abuse treatment program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL